March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

                                                    ,
                            Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEOCONFERENCE**

_____-CR-_____(___) (___)

21mj3690

Defendant _____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

____    Initial Appearance/Appointment of Counsel

____    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

____    Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence

_____          _____
Defendant's Signature                           Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____          _____
Print Defendant's Name                          Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

____4/8/2021_____                          _____
Date                                            U.S. Magistrate Judge